**P L F**

**THE**
**PASCARELLA**
LAW FIRM, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/9/2018

**Nassau Office:**
1551 Franklin Avenue
Mineola, New York 11501
Telephone: (516) 741-FIRM (3476)
              (516) 742-1134
Facsimile: (516) 742-1137

E-mail: Pascarellaw@optonline.net

**Suffolk Office:**
775 Park Avenue
Suite 255
Huntington, New York 11743
Telephone: (631) 789-FIRM
Facsimile: (631) 667-8727

**Of Counsel**
Norman Sarnoff
Thomas A. Illmensee

James A. Pascarella
James Adam Pascarella

November 8, 2018

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
New York, NY 10007

**MEMO ENDORSED**

Re: US v. Robert Espinel
17 Cr. 398

Dear Judge Ramos:

  This morning I appeared in your Courtroom and requested an adjournment, with the consent of the Government, of todays conference. Mr. Espinel is prepared to take a plea, however there are several small details that still have to be worked out with the Government and the assigned Assistant United States Attorney is currently on trial. Your Courtroom Deputy Jasmine was kind enough to provide possible adjourn dates with me. I respectfully <u>request the Court adjourn the conference until December 7, 2018 at 12:15</u> pm.

The application is  X   granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated:  11/9/2018
New York, New York

Very truly yours,

*s/ James Adam Pascarella*
James Adam Pascarella