# EXHIBIT A

**FRANK MANGANELLA**
585 N. Fulton Avenue
Lindenhurst, NY   11757

March 15, 2019

The Honorable Edgardo Ramos
The United States District Court
Southern District of New York

Dear Judge Edgardo Ramos,

My name is Frank Manganella.  I am a retired senior court clerk
with the New York State Court System, formally of Brooklyn and Queens
Supreme Courts. I started my career as a Unified Court Officer and Senior
Court Officer respectively for 10 years, and for the remaining 22 years, as a
Senior Court Clerk. I have had the pleasure of working with Queens
Supreme Court Judges, Judge John A. Milano and Judge Peter J. Kelly, the
current Queens Surrogate Court Judge.

I am writing on behalf of Robert Espinel who will be appearing before you
for sentencing on April 10, 2019.  I was devastated when I heard about the
situation Mr. Espinel was in and how it would affect his family. Mr.
Espinel, affectionately known as Bobby, has been a friend of mine for the
past 30 years.   I know his wife, Jennifer Espinel for quite sometime, having
worked with her Dad, Andrew Walsh, a former Associate Court Clerk of
Queens Supreme Court and his two beautiful girls, Emily and Allison.
Bobby is a dedicated family man and is dedicated to his two girls.  Many
times we would run into each other in Nassau and Suffolk County where
his daughters and my daughter would be competing in cheerleading
competitions. He was a member of my softball team in the Queens Court
League. He and his brother Dennis helped me win many championships for
the Queens Court League. Because of his loyalty and friendship to me I am
imploring you to have some compassion for him and his family. Whatever
time he will be serving is time away from his family, Jennifer, Emily and

Allison.  Time that he and his family will never get back.  I appreciate you taking time to read my letter. Thank you for your consideration.

Yours truly,

Frank Manganella

February 5, 2019

Joanne and Francis Russo
94-07 214th Place
Queens Village, NY 11428
1-718-464-7841

Dear Judge Ramos,

I'm writing to you on behalf of Bobby Espinel, a young man that grew up around the corner from us here in Queens Village. At this point my husband and I are still residing in Queens Village.

I was fortunate enough to work at our local Catholic Church, Our Lady Of Lourdes in Queens Village as Director of Religious Education for 41 years. I am currently retired. My husband worked for Bishop Loughlin Memorial High School in Brooklyn as Director of Building Services for over 38 years and is also currently retired.

We have known Bobby for over 40 years and he is a close friend to both of our sons. Our neighborhood at the time was very unique and there were several children that formed a close and lasting friendship that took them into adult hood. They had a very healthy and wonderful growing up experience and never caused us concern.

When they were young they would spend many hours playing in each other's houses, playing sports and socializing. Bobby was one of the few that would accompany my husband with our sons when he would have to check on his work place on the weekends in Brooklyn. They to this day talk about the memories of those outings. They all played for HBQVB little league and fostered many memories of the time they spent at the field playing their games  and rooting their friends as they would play their games.

They all were in each other's weddings and attended special occasions such as Birthdays, Baptisms, Communions, Confirmations, Anniversaries and Graduations. For years they would be gatherings at Christmas time with their families to make sure they all kept in touch. Bobby on many occasions would plan and oversee these special times. They all have a bond that was developed at a young age and is still growing.

As a Parent I have very fond memories of Bobby. He has had meals at our home and spent a few holidays with us at well. When his mother died I remember the first Mother's Day following receiving a call from him wishing me A Happy Mother's Day as his mother was no longer with us.. That has stayed with me for years and always will. He always calls me mom which I love and appreciate after all these years. I have known very few who have a heart as big as Bobby. He is very caring and would help out when ever he could. He has so much to offer. I have witnessed his happiness he has with his wife Jenn and his daughters.

He is an excellent husband and wonderful father. He always is involved in their lives and supportive in all of their endeavors. He has so much love for them and for others. Watching him over the years has been special to both of us. We are proud of him and who he has become. He is part of our family. He is a good, decent and thoughtful man.

We ask that the court be lenient on him as he has a heavy heart and is suffering that will be with him for his entire life. If additional information or recommendations are needed from us feel free to call upon us at anytime. We want to help in any way we can.

Sincerely,

Joanne and Francis Russo

**DENNIS M. ESPINEL**
101 Avoncroft Court
Apex, North Carolina 27502
Mustangs39@aol.com
516-695-3878

January 19, 2019

The Honorable Ramos
The United States District Court
Southern District of New York

Re:  Robert W. Espinel

Dear Honorable Sir:

Please allow me to introduce myself. I am Dennis Espinel, the older brother of Robert W. Espinel, a defendant who will be standing before you for sentencing on May 08, 2019. As you may recall, my brother Bobby has plead guilty to the charge of Conspiracy to Commit Bribery.

Please accept this correspondence as a Character Reference Letter regarding my brother. While I am honored to share with you my thoughts and insight as to my brother's impeccable character, I am truly saddened that Bobby has found himself appearing before you. He has always led a God fearing and law-abiding life.

Bobby joined the New York City Police Department in 1995. Our family was so very proud of him and we all attended his NYPD Police Academy Graduation. During his 20 plus years of dedicated Police Service, I was with him for every accolade, story, award, and far too many NYPD Officer's Funerals, which we proudly attended together. Bobby served for 22 years. For 18 of those years he proudly served as a patrolman in the 102 precinct. He then served 3+ years in the Gun Licensing Division.

Bobby has been married to his wife, Jennifer for over 20 years. Like him, she has lived in services to the people of this State, in that she is a Queens Court Clerk. Together they are raising two gorgeous daughters, Emily who is 17 years old, and Allie who is 13. Bobby and Jennifer have worked hard together to instill their moral compass into their girls. They have been raised as Catholics, who have received their sacraments from baptism to confirmation. Both girls are Honor Roll Students attending Seaford High School, and stellar athletes like their father. Bobby has been "Coach/Uncle" to his girls' sports teams and consistently volunteers at countless school and church functions for his girls. Like so many parents, he has spent many hours assisting his girls with homework assignments, as well as attending many sports events, dance recitals, and school functions in support of his daughters. He drives numerous car pools, and hosts many gatherings for his daughters' friends, all in the name of love.

Presently, Bobby is helping Emily complete College Acceptance Applications, as well as taking her on College Campus Tours. Bobby knows he has been privileged and honored to participate in these everyday events with his family. He further knows that it is these simple life moments that mean the most to the heart, and he fears that it is these moments that will break Bobby, and his families hearts the most to miss.

Your honor, Bobby is the epitome of a great husband, father, son, uncle, and most of all the best brother. Not only has Bobby always been front and center for his girls, he has also been there for his four nephews and one niece.

While I have many stories I can tell you about how Bobby is a dedicated uncle and father, allow me to tell you one story that will paint a Perfect Picture of my brother's character. In 2013, Emily was having a night time dance recital in New York, the same day my son Ryan, was graduating High School in North Carolina. While this certainly posed a dilemma to say the least, Bobby created a solution. Unbeknownst to our family, he took the first flight that morning from New York City to Raleigh, North Carolina to see his nephew graduate. What a wonderful surprise! Right after the morning graduation, Bobby rushed back to New York to jump into his seat at his daughter's dance recital that evening. Again, Bobby is the epitome of a great uncle, friend, and dad. This is the Bobby you cannot possibly know by simply looking at him.

Indulge me one last story when I graduated the North Carolina Law Enforcement Academy in Raleigh, NC. Bobby was given the date of my graduation. I never imagined he could find time to be there, but as I walked up to receive my diploma, there he was, right in the front row! Your honor, that is Bobby in a nutshell! He told me he would not have missed my Academy Graduation for anything. Bobby being Bobby, he flew immediately back to NY to be with his family. He always places his family and friends above all, as he has continuously proven to be a great friend, son, brother, uncle, husband and dad.

Bobby understands and accepts responsibility for his role in committing his crime. He feels he has let down his brothers and sisters in blue, his community, and the most painful thought of all, is letting his family down.

Needless to say, Bobby's actions have caused his family a great deal of stress, sadness, fear of the unknown, and anxiety. Now more than ever Bobby wishes he could turn back time, and have one last do over, one Hail Mary.

Since his arrest in this matter, he struggles every day with Mental Health Issues, including, but not limited to, Anxiety, Depression, C-PTSD, Insomnia, Guilt, and Deep, Deep Remorse. His role in this matter has also caused financial devastation for Bobby and his family. Photos and videos, which were, and continue to be broadcast all over the Local News, as well as the front page of Newspapers, have caused Bobby and his family great shame.

Our entire family, friends, and community were shocked and saddened to say the least, when he was arrested, charged, and ultimately plead guilty to this offense before Your Honor. Bobby being on the other side of the law is something I could have never fathomed to be possible. He has always lived his life guided by his high morals and integrity.

It is extremely comforting to know his family, friends, and all that know him, have given their undeniable support while he tries to find his way through this situation.

I beg this Court for leniency. Please allow Bobby to be back in his life, both mentally and physically. If granted the chance to continue with his life, he will dedicate his remaining days to the Lord and his family, forever trying to right the wrong and pain his actions have caused. Know Bobby is loved, and so desperately needed by his wife and two young daughters. Please allow them the time to heal.

Thank you for taking the time to read and consider my letter.

Very truly yours,

Dennis M. Espinel

To Judge Ramos

      I am writing in regards to Bobby Espinel.  Bobby is a very warm and caring hearted person. He volunteers his time at Seaford schools. My daughter played basketball on the same team as his daughter.  Bobby is one of those dads who always offers to drive the kids on the team to a game or practice when the parents cannot. He is very supportive to his family and friends. Always willing to lend a hand.  When I was working on projects at home, Bobby would always offer to come by and help us.  He is a very caring and loving father to his girls and a very loving and supportive husband to his wife Jennifer. He always thinks of his family first and will do what is best for them. Bobby is very well liked and loved by the people in our town due to his great character and respect for others.

Sincerely,
Jenny Triola
3668 Hilaire Way
Seaford, N.Y. 11783
516 304-8667

Brian P. Triola
3668 Hilaire Way
Seaford, NY 11783

December 5, 2018

Your Honor:

This letter is written by me, Brian P. Triola, on behalf of Bobby Estinel. I have known Bobby for
about three and a half years and I am happy to write a letter of reference for him.

I first became acquainted with Bobby through our children. My oldest daughter plays basketball and
that's how Bobby and I became friends.

Bobby Estinel has been a loyal friend. When I first met him, he was the one that would willingly
volunteer to transport my children and others to their games.

He has always been respectful and honorable towards me and my family. I certainly trust him with
my children. He has always been there for me and my family. As a matter of fact, if he sees that I
need something done, Bobby is always willing to lend a hand even without being asked.

Not only has he been a friend to me, but he contributes to the community. I have not seen any
negative qualities, but as previously stated he displays empathy to others.

I truly believe and pray that others will see beyond any mistakes and see the personable, good soul
that Bobby is.

Respectfully yours,

Brian P. Triola

Feb. 22, 2019

Dear Judge Ramos,

I am a friend and neighbor of Robert Espinel and I am writing this letter to help you understand what an important part of the Seaford community Bobby is. Bobby is a hands on father who coached both of his daughters in Seaford Little League while I served as a member of the board. I watched him coach his team, teaching the girls the game as well as great sportsmanship and love for themselves. Bobby was always available to lend a helping hand in anything the league, players or parents needed.

In our town, he is somewhat known as our neighborhood watch. He encouraged moms and children to be aware of our surroundings and obey driving laws to ensure safety of our children.

I want to share a person story about this friend. While my husband and daughter were out of town at a soccer tournament, I was unfortunately involved in a four car accident. I was uninjured, but shaken and afraid. At the scene, while waiting for police to arrive, I called Bobby and told him what happened. He told me to remain in my vehicle and he raced over. He calmed me down, made sure I was physically ok, pulled my car over for me and spoke to police at the scene. He proceeded to follow me home and checked up on me periodically that weekend. This story is not unusual. Bobby is known as the man to call when you need a helping hand.

As a Board Member of the Seaford Booster Club, once again we reached out to Bobby for help. We didn't have to ask twice. He helped repair our outdoor snack shack and prepare it for the fall season.

Bobby is a model community member and I urge you to take this information into consideration.

Respectfully,

Joulia Kassimatis
3866 Lincoln Street
Seaford, NY 11783
Seaford Booster Club Board member
Seaford community member

Dear Judge Ramos,

I am writing you this letter to respectfully ask for leniency for my long time friend Robert Espinel (Bobby). I have known Bobby since we were in our late teens, so I am going back almost 30 years. Bobby has been one of the greatest friends to me since then. I met my husband through him over 25 years ago and we had him as our best man at our wedding 22 years ago. Our friendship with Bobby is not just a friendship. He is family to us and our three children. We love his wife Jenn and his daughters Emily and Allison.

Bobby is someone who would always be there no matter when or what you needed. I have seen countless times when called upon he would drop everything to make time to help any one of us. He is a good and decent person regardless of recent happenings that might say otherwise. He is very important to all of us and as you can imagine this is all very devastating, but we will all be there for him and his family now as we know he would be there if it was the other way around.

We are at your mercy, and I'm pleading for you to try and see the good side of this wonderful family man and friend. Please, if you can find it in your heart to not take him away from his wife and his daughters who need him so much in their lives. One of his daughters will be graduating high school and one will be having her sweet 16 in the next couple of years. His girls need their dad in their lives for these milestones among so many other reasons. He is the rock of his family and they love him.

In closing, I just want you to understand how loved he is and really what a great person he is. Please help us keep our friend and family member with us and keep this family intact. I can't bear the thought of his beautiful girls knowing they can't see him everyday and include him in their life choices and all the great things that he would miss with them.

Thank you for your consideration.

Respectfully,

Kathryn Manzi
855 Herman Avenue
Franklin Square, NY 11010
(516) 984-5498

February 10, 2019


United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Robert Espinel

To The Honorable Judge Edgardo Ramos:

We are writing regarding a very good friend of ours, Robert Espinel. For as long as we have known Bobby, he has been a very hard worker, a wonderful family man and a terrific friend to have.

We have had the pleasure to know Bobby for ten years as a friend, neighbor and wonderful coach to our children. We can confirm that he is a man of integrity and is extremely dedicated to his family, friends and the community. The moment we met Bobby we knew he would be a friend forever. He is there for anyone who needs.

Mr. Espinel has expressed remorse for any of his mistakes he has made, and it is our sincere hope that the court takes this letter into consideration at the time of sentencing.

Thank you.


Sincerely,                                              Sincerely,


Brian W. Padgett                                       Lisa R. Padgett
1750 Washington Avenue                                 1750 Washington Avenue
Seaford, New York 11783                                Seaford, New York 11783

March 1, 2019

Dear Judge Ramos,

My name is George Martinek and I am an 82 year old who retired from working in the airline industry since 2000.  Please excuse me for not using email.  I'm not very good with technology.  Although I live in Lynbrook, all my children live in Seaford NY.  I make many trips to see my children and grandchild that I love very much.  My children keep me very busy especially my youngest daughter who lives on Cherrywood Place in Seaford.  Our family has also been blessed by my daughter being neighbors with Bobby Espinal.  Bobby has been a true and upstanding guy to our entire family since the day we met back in 2004.  He is always there to lend a hand, help us out with anything we need and just stops by to check in on us when we are babysitting.  My wife and I are a bit old school and don't trust too many people with our precious grandchildren, but Bobby, we don't even think twice.  He is a model family man.  From all the time we spend on the block, you can see that he is the heart of his household.  How he takes care of his wife and children is admirable.  I needed to send you this letter so you can understand the man behind the name and the great character he exhibits.  Thank you Judge.

George J Martinek Sr,

*George J. Martinek SR*

31 Summit Ave

Lynbrook, NY  11563

(516) 596-1081

February 22, 2019


Dear Judge Ramos:


I am writing this letter regarding my friend and neighbor, Robert Espinel.  I have known Bobby for about 3 years.

Let me start by saying he is a wonderful father to his children.  He is very involved whether it be coaching for sports or helping with school related functions.  He absolutely adores his family.

He is also a wonderful neighbor.  He has helped and offered to help numerous people on many occasions.  I am the administrator on our neighborhood facebook page.  Whenever someone needs help, no matter what it is, Bobby is the first one to offer assistance.  My own mother, who was having car trouble not long ago, posted asking for advice, Bobby was the first one, not even knowing who she is to offer to help her.

In closing, Bobby is one of the nicest, most humble people I know.  Please, I ask that you take all of the above into consideration and see Bobby for the wonderful person he is.  If you spend 5 minutes chatting with him, you will see what I mean.


Thank you in advance for your consideration,

Donna Jebaily

2055 Washington Avenue,
Seaford, NY 11783

February 4, 2019

Dear Judge Ramos,

This letter is written in support of Robert Espinel.  My husband and I wanted to let you know our thoughts on the true character of Mr. Espinel as we have witnessed it over the years.

I am 69 years old and married to my husband Robert Manzi since 1969.  We have one married son and three married daughters.  We've been blessed with eleven beautiful grandchildren ages 20, 17, 14, 14, 11, 11, 10, 7, 5, 2 and 1 years old.  I am a registered nurse since 1982.  I have worked at Franklin General Hospital Medical Center (now part of North Shore Health Systems) for 31 years, 24 of them in the ER.  I retired 5 years ago.  My husband, Robert Manzi, 72, was a decorated police officer and member of the Honor Legion in the NYPD, retired in 1988.  He is currently employed at Listowell Inc. for 25 years.

We have known Mr. Espinel, known to us at Bobby for approximately 40 years.  He and his family lived a block away from us in Queens Village.  Our children and Bobby became fast friends and remain so to this day.  Bobby became to us an extension of our family and affectionately refers to me as "mom".

There were 34 children on our block.  They were of all ages, colors and religious denominations.  My husband and I cannot remember a single negative incident between them and the 22 years we lived there.  Sixteen of them became friends for life.  They often ordered pizza delivered to the car in front of our house.  Each of them always there for each other during good times and sorrow, especially Bobby.  He was the best man at my son's wedding and he and his wife, Jen were always included in my girls wedding celebrations as family.  We've shared holidays and special occasions throughout the years.  The friends have continued their close relationships sharing in weddings, births, special yearly Christmas parties with Santa for the friends and their children as they grew.
Bobby often arranged these.  He has always been there for everyone.

I have one very special memory with Bobby that you may feel is not important but to me it meant the world.  My son was moving out to share a house with Bobby and 2 others.  Although he was 21, I didn't want him to go.  As they were packing

the truck with my son's things, I spoke to Bobby tearfully asking him to take care of Chris, keep an eye out for him.  Bobby, with tears in his own eyes seeing how distressed I was promised to watch out for him for me and told me not worry.

Bobby was born to be a father.  He is one of the best!  He and Jen are raising their girls, Allison and Emily to be strong and independent young ladies.  He's encouraged them in all their endeavors, attended and often coached their sports. You just have to look at Bobby's posts on Facebook to know what a loving and supportive husband and father he is.  It's filled with family pictures of his girls at their games, their achievements and family times spent together.  And that Judge Ramos, is the true heartache for my husband and me:  that he may be separated from them at this important time in their lives.

Thank you for reading our letter.  I hope you can see from it despite this situation, what a good man he is.

Respectfully,

Barbara and Robert Manzi
158 Pacific Street
Massapequa Park. NY. 11762
(516) 804-5449

February 11, 2019

To the Honorable Judge Edgardo Ramos,

My name is Robert Kurtz and I am writing this letter to you asking for leniency for my friend, Robert Espinel, when you sentence him on March 8, 2019.

I am a former New York City Police Officer who retired from The Nassau County Police Department.  I am also a married father of two girls, ages 14 and 11.

I first met Bobby Espinel over 20 years ago as a rookie police officer in the 102 Pct. Station House.  Being a new rookie, not many other cops went out of their way to greet you and make you feel welcome right away.  But that was not the case with Bobby.  My locker was across the aisle from Bobby and he was always willing to answer any questions I had.

After leaving the NYPD for the Nassau County Police Department, I would see Bobby at numerous social functions.  Bobby was always one of the first guys to greet me and make me feel welcome after I left for another department.  At one of the precinct social functions Bobby introduced me to my wife, Karin and thanks to him we are still together 19 years later.

Throughout the years, no matter where our lives, careers or schedules took us you could always depend on Bobby.  Whether it was asking for help replacing a bathroom sink, asking for advice about the police department or just a phone call to catch up, Bobby was always around.

Bobby is not just a good friend to many, he a loyal husband to his wife Jen and a devoted father to his two daughters.  Bobby's wife and daughters are his whole world and that can be witnessed by everything he does for his family.

As a police officer who was very active for my whole career, I have dealt with many types of people from all walks of life who have committed crimes.  This world has many people who are truly evil and commit crimes with a total disregard for society.  Those types of people deserve to be punished.  I have also dealt with good hearted people who make mistakes.  The good people learn from their mistakes and are not a risk to society.  In my humble opinion, Bobby Espinel

is a good hearted person and imposing a harsh sentence would only serve to punish his family and friends who depend on him and his good nature.  I am respectfully asking that you take into account the type of person Robert Espinel is when determining his sentence.  Thank you for taking the time out of your busy schedule to read this letter.


Respectfully,

Robert Kurtz
474 Atlantic Avenue
Massapequa Park. NY. 11762
(516) 528-7249

**KENNETH ESPINEL**
**71 Willow Street**
**Floral Park, NY 11001**
**347-988-0478**


January 17, 2019


Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
New York, New York 10007


Re:  Sentencing of Robert Espinel

Dear Judge Ramos,

I'd like to share a little bit about the kind of person my brother, Robert (Bob) Espinel, has been for his family, neighbors, and community.

Since we were kids, Bob would always do things to help others. Often, he would stop playing whatever game was going on to help our older neighbors bring packages from their cars.  When we solicited neighbors to shovel their snow or mow their lawns, his reply when asked how much was: "whatever you feel is fair". My friends and I, the older kids, couldn't figure out, until years later, how he always had these people's loyalty and repeat business.

Through the years, he has helped so many friends and neighbors and, in many cases, without being asked. Just a few years ago, I met his neighbor who told me how their lawn had been growing out of hand and the landscaper wasn't showing up. One day she came home and was so happy her front lawn was taken care of. When she mentioned to another neighbor that the landscaper didn't do the backyard, that's when she found out that Bob was the one to mow their front lawn.

For my immediate family, Bob is always here for us when a home repair is needed, either with suggestions or hands-on help. My two boys (17 and 12) have always been told if they ever need someone and aren't comfortable talking to us, they can always call Uncle Bob. There have been a few instances that they have called their Uncle for guidance when uncomfortable to talk us. Each time he has kept their confidence and we've found out afterwards that they reached out.

Bob has always been involved with his girls' interests and has been involved in coaching (not only his kids but others) in their community. He has always conducted

himself in a way that gives parents peace of mind when leaving their children in his care during practices and games that they aren't able to attend. Many parents are comfortable to ask for transportation for their kids to or from team events. His dedication to the kids on his teams is obvious in the amount of his free time spent teaching and developing each player's skills. The biggest compliments come from the kids that look forward to returning each season.

I could go on and on with different examples of how his selflessness is most definitely obvious in the way he lives every day, but I hope these few examples show the many different lives he positively impacts.

Thank you for taking the time to read my letter. Please feel free to contact me directly with any questions.

Sincerely,

Kenneth Espinel

**Janeen Espinel**
**71 Willow Street**
**Floral Park, NY 11001**

January 19, 2019

Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

Re:  Sentencing of Robert Espinel

I have known, Robert Espinel ("Bob") for over 20 years as he is my brother-in-law and I am married to his oldest brother, Kenneth Espinel.  Through the years, and after having our children, our two families have become intertwined and extremely close sharing vacations and holidays together, building traditions.  Our two sons, Kenny (17) and Jayson (12) have grown up to know they can always reach out to Uncle Bob if they can't talk to mom or dad about something.  Uncle Bob is always there for them and takes an interest in them, making a point to attend their basketball and football games cheering them on.  When my husband and I travel alone, it is Bob and his wife Jen who we call upon to watch over our children knowing they will be cared for, safe and have fun at the same time.  There is no one else we think of first.  The same is true for their family in calling upon us for help.

I am an Executive Assistant for Skadden Arps Law Firm for the past 30 years.  I work full-time and have a very demanding position for a prestigious lawyer and my days are tiring.  As a wife and parent, I have great admiration and appreciation for those who, in addition to their day jobs, find the *extra* time to coach and volunteer in their communities.  Bob is one of those dads.  His daughters are his priority.  He is there to coach their softball and basketball teams and takes them to workouts, clinics and batting cages helping them improve and continue to love their sports.  Recently, Bob, Jen and their girls accompanied us for overnight college tours for our son Kenny, in anticipation of giving guidance to Emily for her search, since she is going to be a high school senior next year.  Over and over, in his natural way, he proves to be a wonderful and caring dad, husband, brother and uncle who is loved by many.

In past years, through gatherings at their home, we have come to know their friends and see repeatedly Bob enjoys a favorable reputation in his community and among his friends and neighbors.  He has a true love for dabbling in construction projects and rarely sits still.  He freely volunteers to snow plow neighbors 'driveways and walks, enjoys helping finish family and friends' home projects or drawing up planning stages of a new renovation.  Aside

from providing us great advice in planning our kitchen renovation, he surprised me and my husband this past summer; while we were at work, he power-washed our whole driveway leaving it to look brand new!  I never knew it bothered me so much - until I saw how clean and fabulous it looked after he spent hours cleaning it!  This is Bob.  He acts with his heart.  He enjoys a good challenge and expects nothing in return.

Bob has quite a sense of humor and a contagious laugh and, having his wife, Jen, at his side, adds to his humor.  He might tell a joke and she will be quick to question it - or point out the silly part – making the whole joke *EVEN* FUNNIER.  The two of them share a love and chemistry that makes one smile and admire them.  Bob, Jen and our 2 young nieces, make a beautiful family striving to do the right things, have fun, volunteer to help others in need - with compassion.

I hope this letter provides a clear picture of who Bob is and how loved he is by so many, especially us, his family.  Thank you for taking the time to read this.

Respectfully,

*Janeen Espinel*

Janeen Espinel

TO Judge

Robert Espinel is A good Friend of mine I Am A
Retired N.Y.P.D. sergeant. We were both Assigned To The
102 pct in The year 2000 when we First met. Robert
WAS A Police Officer who got The Job done in A professional
And caring manner. He always displayed empathy towards
The community he served. I always enjoyed working
with Robert Not only because of his superior Job
skills but also his outgoing caring personality. I
Recall on September 11, 2001 Robert And I were
working together At ground zero. The First tower had
Already Fallen And Bobby said we have to go into
The second tower And help All The people inside. I said
Bobby look The First one Fell, The second one is
going to Follow. You still want to go. He Quickly
responded with A Resounding yes. We were close
to The Second tower when it started to crumble,
We both turned And RAN. I tripped And Fell To
The ground, Bobby stopped turned Around And picked
me up, Not worrying About his own SAFETY The
entire time.

   I Retired in 2004 And Bobby And I Remain Friends
To This day. We have worked together countless times
helping each other Renovate each others houses. He
is Always willing to help out No Questions Asked.
   He has A beautiful loyal wife And two great

Girls. When my wife and I go on vacation we love having his daughters care for our dog. They take such good care of our Rocky. I have come to know Bobby as a true family man, his wife and children depend on him greatly. For your special consideration sir. Thank you

Ralph Balestri

Ralph Balestrieri
326 Twin Lane South
Wantagh NY 11793

Dear Judge Ramos,

I am writing to you on the behalf of Robert (Bobby) Espinel. He is my neighbor, but more importantly, he is my friend. Ten years ago, my wife and I bought our home as 28-year-old newlyweds. When you buy a home, it is always a roll of the dice as to who and what your neighbors will be like. As far as my wife Jenni and I are concerned, we hit the lottery! One of the main reasons, if not the main reason, is the presence of the Espinel family: Bobby, Jen, Emily and Allison.

From the moment we officially crossed the threshold of our home, Bobby became our ambassador to the block. As we did some major renovations before we moved in, Bobby was there every step of the way. He was always willing to lend a hand in all phases of our move in: helping with demolition, lending a needed tool, taking trips to the dump, and even having us over for BBQ dinners after long days of construction.

As my family has grown In the past decade, Bobby and his family have remained a constant in our lives. Everything from keeping the spare key to our house, to snowblowing the entire block, to hosting the annual block Easter egg hunt, to coordinating block and holiday parties ... and everything in between. I am not sure if I can fully describe in written word the extent to which Bobby has personally impacted my family's lives. He is easily the first phone call made no matter the situation, whether it's to borrow a cup of sugar or to help jumpstart my car. A few years back, my wife accidentally locked herself and our then 3- year-old son inside his bedroom (don't ask), and of course Bobby came to the rescue.

I have listed many things Bobby has done and still does for his family, my family and our block/community in general. But for me, personally, his greatest contribution is to my children: Katharyn (9), Henry (6), and Lucy (3). They all treat Bobby as if he is their favorite uncle. He is the only non-family member that Lucy-- our very passive and shy toddler-- allows to hold her. On a few occasions, when we needed a sitter in a pinch, Bobby has babysat for Lucy. When I have to be with one of my two daughters, Bobby is my official relief pitcher and hockey goalie for my son, Henry, who has taken up baseball and hockey. Often, Bobby will stop over just to see if Henry wants to hit some balls to help keep Henry active and encourage his love of sports. My oldest daughter, Katharyn, is so comfortable with the Espinels that she has no problem walking over to their house and walking right inside (no knocking). She loves Bobby and Jen, and she looks up to their two daughters, Emily and Allison, as her older sisters. Em and Allie are always willing to spend time with our children and have grown into our go-to babysitters. These amazing young women are true role models, which is a testament to Bobby and Jen's exemplary parenting.

The most important thing that we can offer those we love is our time, but unfortunately, too many people selfishly complain how they never have enough of it to share it with others. Not Bobby. His time is something is he always willing to give -- to his family, to my family, to our community, to people in need. Thank you for taking your time to read how important my neighbor, my friend, Bobby is to me and my family.

Sincerely,
Bret Malone

February 18th, 2019

Dear Judge Ramos,

I am writing this letter to tell you about my friend, Robert Espinel. I appreciate this opportunity to share how I feel about Bobby.  My name is Patty McCabe and I live in West Islip with my husband Kevin. We have two children, Kelsey, who just turned 14 and Kevin Joseph, who is 12.

I cannot believe that I have known Bobby for over forty years! He lived with his family around the corner from mine in Queens Village. We were in the same class in second grade and have been friends ever since.  So many of my childhood memories include Bobby. We spent many summer days & after school afternoons playing running bases, dodgeball and riding bicycles. We spent hours hanging out on the stoop laughing and talking.  As we got older, we attended different schools and made new friends. But we always kept in contact and made time to see each other. Bobby's birthday just passed and I remembered a special day many years ago. Bobby had just graduated from the police academy and was working evenings. He no longer lived home with his parents and we wanted to make his birthday special. A few of us made him a cake and decorated his new home with streamers and balloons. What a surprise it was when he got home from work late that night to see that we hadn't forgotten his birthday.  I'm reminded of this every year because Bobby reaches out to let us know how much that meant to him, even all these years later.

Bobby is a thoughtful and caring person. You just have to look at his family to see that. His wife, Jenn and their girls, Emily & Allie, will certainly agree. Bobby is a truly involved parent and partner. You can always find him by their side whether it's cheering them on at softball, riding bikes along the beach or enjoying a night in by the backyard fire pit. He is an important part of their family and a special friend to so many, especially our large Queens Village group (still friends after all these years!).

I hope that my letter will help you see the man that I know, a man I am honored to call my friend. And I hope you take my words into consideration when you decide on the sentence for Bobby.

Sincerely,

Patty McCabe
8 Altmar Avenue
West Islip, NY 11795
631-667-2146

1-15-2019
Honorable Judge Ramos.
Thank you for this opportunity to provide you with a character reference for Robert Espinel. My name is Donald Kelly. I am a Husband and a father. I am a Small Business owner that works directly with my community. I am also a Girls Fastpitch Softball Coach. I have been Coaching the girls in my community for many years. It has given me exposure to many families. I have coached girls that come from good families and I have also coached girls that come from some of the most difficult situations imaginable. I mention this because as the years pass, I am exposed to quite allot of parents too. Some are very difficult to deal with, and some are simply awesome and easy to deal with. Bobby and his family are certainly awesome.

Today our girls are growing up and years have passed. We no longer play pee-wee softball. Today the girls play Tournament/Travel ball. It allows for kids from other neighborhoods to join the same teams and travel to play in highly competitive contests. It prepares them for College and life. It is through this sport that I was introduced to Robert. Or Bobby as we call him. Both of our kids, Allie and Boomer, played on a very competitive all-star team. I could immediately see the passion that Bobby and Allie had for this life changing game. Bobby was a standout parent. He was awesome with the girls. He could make all the parents have a laugh. He was an absolute role model for the other parents. He was very smart and full of wisdom and experience. I immediately became friends with Bobby. It was very easy to do. He was a great father and shared a passion for the game. He was always with his wife and children. A dedicated man. Like I said we became friends. I also know that Bobby was eventually offered the opportunity to Coach the girls on another team. It was hard to see him go but the opportunity for him was a great one.

While we all have special talents and great dreams, we all make mistakes. Bobby told be about his legal problems a few years back. To be honest with you I never thought twice about it. I never felt any different about him because I knew the man, the father, the husband. I didn't even believe that this situation would ever come to this. It was a very distant thought. I remember thinking, how could this guy go to jail?

Your Honor, I am writing this letter to plead to you just how great a man and family man he is. That he is worth your mercy. Removing him from his family would be so hard for his children. I was raised in a very dysfunctional family environment. One without a Father in place. I know how hard that can be. I have seen the devastation that comes with broken homes. Yes, I know he broke the law, but I truly believe that he did not do it intentionally. I absolutely believe that he is not a criminal even though he made a mistake. In my heart I know that he will never make such a bad decision again. This guy has struggled with his decision for years. I am glad this is coming to an end for everyone involved, including yourself.

So with that said I can only say great things about Bobby. Most importantly he is a great family man. I know his kids will be the ones to suffer the most if he were to be incarcerated. I understand you have the latitude to give Bobby a sentence of Probation. Please find it in your heart to trust that this man will not commit another crime. From the bottom of my heart I hope you can find that mercy we are begging for. For Bobby of course. But most of all Jenn his wife and his children Emily and Allison. Please have Mercy. Please feel free to call me to speak further if you would like.

Sincerely
Donald Kelly

(631)612-7650

January 16, 2019

Dawn Horodecki
29 Crescent Cove Circle
Seaford, NY  11783

To Whom It May Concern,

I am writing in reference to Bobby Espinel.  I have known Bobby for 9 years.
Our families are very good friends and Bobby and I also coach our daughters
together with town and school sports.     I find Bobby to be a wonderful and
caring person.  He will totally go out of his way for anyone of his friends, their
families or even a person that just needs help or assistance.   Bobby has always
been the person that shows up earlier than asked, works hard in anything he
does, and carries himself in a polite, respectable manner.   In addition Bobby is a
family man who has always presented himself with levelheadedness and grace.

If I had to pick anyone out of everyone I know, Bobby would be the first person
there if you every needed help with anything.

Please do not hesitate to contact me if you should require any further
information, email me at cooleyes425@aol.com.

Yours truly,


Dawn Horodecki



From: **Ana Scicutella** dasea05@gmail.com
Subject: **Robert Espinel-Character Letter**
Date: **January 28, 2019 at 2:27 PM**
To: **Bobby Espinel** esp102@aol.com
Bcc: **Ana Scicutella** dasea05@gmail.com

## To: JUDGE RAMOS

Robert Espinel or better known as "Bobby" to us has always looked out for my kids. He has coached my daughters during softball seasons. He is always looking out for our son when he sees him at school or any event. He has also helped out whenever needed. Cannot emphasize WHENEVER! If you needed a ride somewhere, Bobby is there, if you needed help at home Bobby is there. He is one of the most unselfish human beings I know. Bobby is a great friend, great neighbor, he demostrates what a great husband he is to his wife as well! Bobby is also an exceptional father! He has helped out with so many school events and always looks out for ALL the kids! Its comforting to know Bobby as a police officer & parent is always looking out for ALL in our great community, as it should be.

3808 Hollis Lane
Seaford NY 11783

# Sanders, Sanders, Block, Woycik, Viener & Grossman, P.C.

### Attorneys at Law
#### www.TheSandersFirm.com

**MAIL ALL CORRESPONDENCE TO:**
100 Herricks Road
Mineola, New York 11501
Tel. (516) 741-5252
Fax (516) 741-0799

February 12, 2019

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     Robert Espinel

Dear Judge Ramos:

My name is Michael Villeck and I am an attorney practicing in the State of New York and a partner at The Sanders Law Firm in Mineola, New York. I am writing to you not as an attorney, but as a friend and neighbor of Robert Espinel as I would like to tell you about the kind of man Mr. Espinel is in our community and the positive influence he has on those around him.

I have had the pleasure of knowing Robert Espinel, "Bobby" as everyone calls him, for more than ten years now. We live just a few blocks away from each other in Seaford, New York and our daughters, while in different grades, have attended middle school together. I am the vice-president of Seaford Little League and for many years Robert has been a coach of girls softball in Seaford and a volunteer at countless little league events. On more occasions than I can count, Robert has gone above and beyond his hours on the ball fields to assist my daughter and numerous other girls of all ages in becoming better, more confident ball players. I can assure you that my daughter, who is about to turn 13 years old, and her past and present teammates, are better ballplayers because of Robert and, more importantly, enjoy playing softball more because of him. Robert has taken time out of his life on more than one occasion to help my daughter with tryouts for competitive softball teams on Long Island and, thanks in large part to him, she is now playing competitive softball all year long. As someone who also coaches both girls softball and boys baseball, I can tell you that I am a more patient coach and a better influence on my players because of the time I have spent with Robert at the parks and on the fields.

I know Robert from his time not only at the ball fields but at local events in Seaford and our neighboring communities. From fundraisers for families who have suffered terrible misfortune, illness and even losses, to annual school events and holiday celebrations, Robert can always be counted on to not only lend a hand, but to make sure everyone is aware of the great work being done and to help fundraising events be a success. When an athlete in our community is injured, I am proud of the work our organizations do to raise money for the families in need at

*"A HISTORY OF HELPING PEOPLE"*

February 12, 2019
- page 2 -

a time when medical bills can become more than parents can bear. Robert has assisted in these events and is personally responsible for the large turnouts and attendance we have had over the years at these fundraisers. It's one thing to read about an event in a newspaper or on social media, but it's something much, much more when you hear about it from "Bobby." He is respected by everyone in our community and whether its a recommendation to someone in need, passing down equipment and clothing from his children to a family who could use it, or simply lending a hand in the back yard or at the ball field, I have personally seen Robert be there and help my friends and neighbors more times than I can remember.

I am a father of four children, my daughter almost 13 years old and sons ages 7, 10 and 11. My sons' best friends live on the same block as Robert so most weeks I have the pleasure of seeing him and speaking to him for sometimes 5 minutes and sometimes an hour. In the summer I usually see Robert and his family every day. You cannot spend time with Robert without hearing about his wife and daughters and in those moments you can see how proud Robert is of his family and how much he loves them. Just as important, it is easy to tell just how much they love and look up to him. Seeing their family together is something I wish I saw more of in other neighbors and people in my community. It is the way a family should be and in my opinion, Robert is a wonderful father, husband and friend.

I am aware of the situation Robert is in. I am certain it has taken an unspeakable toll on him and his family. I believe even the best men and women in our society make mistakes. While I cannot tell you how Robert and his family are coping with this situation, I can tell you, with absolute certainty, that Robert Espinel is a man of great character, a friend you can always count on for anything great or small, and someone I am very fortunate and proud to call my friend and neighbor.

I thank you Your Honor for taking the time to read this and for the work you do for our State and our Country. I hope I have been of some help in your consideration of the matter before you.

Very truly yours,

Michael Villeck, Esq.

*"A HISTORY OF HELPING PEOPLE"*

Chris Cullen
9228 Linslade Way
Wake Forest, NC 27587
(919) 761-8352

February 14th, 2019

Dear Judge Ramos,

My name is Chris Cullen and I am a friend of Bobby Espinel. I have known Bobby for over 20 years now. I am writing to you today to endorse Bobby's character. Since the day I met Bobby he's always been the type of person that is there for you when called upon. I even told one of my best friends growing up; his wife Jennifer Espinel that she should marry him because of his generosity and thoughtfulness of others.

A couple of prime examples of his good character are when my stepmom was diagnosed with cancer and when a mutual friend lost a loved one. When my stepmom was diagnosed with cancer, Bobby went out of his way to visit her in the hospital and come over to the house at a moment's notice to help out in any way that he could.

When a mutual friend lost a loved one a couple of years ago, Bobby without prompting opened his house for me and others to stay in while we were visiting. He never asked for anything and made sure we felt welcomed and comfortable. He even went out of his way to make sure the room I stayed in was free from allergens, so my asthma would not flare up.

I realize your time is valuable and I thank you for taking the time to read this. I hope this letter will give you some insight of Bobby's true character.

Respectfully,

Chris Cullen

February 24, 2019

Dear  Judge Ramos,

 My name is Doreen Surace and I am happy to offer my character letter for Bobby Espinel to whom I have personally known for over 10 years.  Bobby has always been a very good friend to me, my husband and especially my children.  Bobby has always been a positive influence in our small town and community of Seaford.  To be honest, I was surprised to hear of his recent case but in my heart I know that Bobby is remorseful and will take this experience and turn it into a positive one and learn from it and use it to help others which is what Bobby has always done and is known for "helping others"!

 In addition to our close friendship, Bobby is a very upstanding member of our neighborhood and community.  He plays a very big part in our towns Seaford Softball Little League as a coach for many years as well as helping out at our girls CYO basketball games and volunteering for many sporting events at our children's school.  If ever any of my children or myself or husband needed anything Bobby was always there whether it be a ride for the kids, a meal, watching our children at the last minute etc...Bobby was considered  the "Mr. Mom" of our tight group of kids growing up and still is, how lucky we were and are to have such an involved parent and community member like Bobby!

 It is my sincere hope that the court takes this letter into consideration and acknowledges that Bobby is a very kind hearted giving person and friend and a valuable member of our community,  anyone is lucky to have him in their life, I know we are.

Sincerely,

Doreen and Chris Surace
 3944 Waverly Ave. Seaford NY 11783
 516-826-5941

John McGrorty
89 Silber Avenue
Bethpage, NY 11714
516 713-7876
mcgruff1006@aol.com


January 31, 2019


Re: Robert "Bobby" Espinel


To: The Honorable Judge Ramos


I have known Mr. Espinel "Bobby" since July of 2005 when I  assigned to the 102nd Precinct.
During the almost 6 years of working together Bobby became more than  a coworker of mine he
became a friend of mine and my family.

During 2007 my son Matthew was diagnosed with stage 4 Liver Cancer during this time Bobby
often would offer to drive us to the hospital and help run errands for the family since we don't live
far apart. Matthew would undergo treatment for for 15 months before passing away. During
Matthew's entire fight Bobby always made himself available to help my family.  My Family will
always remember how Bobby was there for us in our darkest time.

Since Matthew's passing Bobby and I have remained close since our kids are the same ages.
We have spoken often on the importance of being involved in our children's lives. I watched him
coach his daughter's softball teams, attend cheer contests and generally be an all around great
father.

While I was surprised to hear of the misconduct that Bobby has been charged with it comes as no
surprise that Bobby is willing to accept responsibility for his actions.

It is my sincere hope that the court takes this letter into consideration at the time sentencing.
Despite this current case, I truly believe that Bobby is an honorable individual, a valuable
member of the community, a great father and a great friend.


Sincerely,

John McGrorty

To The Honorable Judge Edgardo Ramos,

My name is Christopher Manzi, a retired New York City police officer. I am writing this letter on behalf of my friend Bobby Espinel in the hopes that you will show leniency when sentencing him on March 8th, 2019.

I have known Bobby my entire life; we grew up together in Queens Village, lived together during our twenties, he stood beside me as my best man on my wedding day, and we have raised our families together on Long Island - no one knows Bobby better than I do.

Rather than listing the innumerable selfless acts he has done for myself and others throughout the last forty years, I am going to skip to the bottom line. Bobby is one of the rare men who have the entire package - he is an exemplary husband, father, friend, neighbor, coach, son, brother, handyman, and volunteer. If you were to ask anyone about Bobby, who has met him in any aspect of life, they would each share the same response, "Great guy."

Having been a police officer for twenty three years, I have seen various types of people found guilty of different crimes; jail time is an appropriate punishment for some accused persons, however sometimes it is not. Although I am not refuting the severity of Bobby's crime, my hope is that a less severe punishment will be warranted in this case because Bobby is an asset to his community, not a danger. His daughters need him. His wife needs him. His friends need him. His neighbors need him.

Thank you for taking the time to read this letter. I hope you take it into consideration when making your decision.

Sincerely,

Christopher Manzi
855 Herman Avenue
Franklin Square, NY 11010
516-410-6929

February 1, 2019

Dear Honorable Edgardo Ramos,

Our names are Nowal Schmidt and Vincent Schmidt, and we are writing this letter on behalf of Bobby Espinel in hopes that you will consider Bobby's positive actions amongst his friends and community and apply it when rendering your ultimate decision.
Myself and my husband, Vincent Schmidt, both work for the New York State Court System. Vincent Schmidt is a Court Clerk Specialist in the Queens Supreme Court and has worked in the court system for over 25 years. I am a Senior Court Reporter in the Nassau County Supreme Court, and I have worked for the court system for over 14 years. We have two children, Brady and Jenna, ages 12 and 10 respectively. Bobby Espinel and his family have been our next door neighbors in Seaford since 2005. But more than that, he has also been a very dear friend. Over the many years of living next door to Bobby, he has helped our family in countless situations and we are so grateful to him and all he has done.

Although there are too many instances to name, I would like to speak about one particular instance. About 5 years ago my husband had gone into our attic to store multiple air conditioners, my husband's back unfortunately gave out and he collapsed onto the floor with no way of getting up or out of the attic. I was extremely upset and didn't know what I should do or who I should call. My husband was in extreme pain, and I didn't know how to get him down from the attic. I called my brother-in-law, and of course, Bobby, since he was right next door. Unfortunately Bobby was not home, he was at his daughter's softball playoff game. I told him not to worry about it, I would call the EMTs and the fire department. Within 15 minutes Bobby was at my house, crawled up into the attic and about two hours later, helped my husband to get down and out of the attic. Bobby immediately left his daughter's very important playoff game — and Bobby is not one to miss anything when it comes to his daughters —  and he came to our house to help my husband. This was a friend, this was not a family member. He was the first one there, and was able to safely get my husband down. We will always be thankful to him for that.

Our kids, Brady and Jenna, absolutely love Bobby. He is there for them when an emergency comes up and we need someone to watch them last minute, or when they need a ride home from school and I have no one else to pick them up. There are times as soon as Bobby comes out of his house, whether dressed up in a suit going out to a dinner or a function with his family, or dressed in uniform on his way to work, he always stops to take the time to talk with our kids, kick the ball with them, shoot hoops with them, whatever they happen to be doing at that particular time. They absolutely love him, because he cares for them and is always there for them, and children remember that. And this is how he treats all the children on the block. This is not something many neighbors and friends would do.

Bobby is the FIRST one to always offer help and assistance to anyone no matter what he is doing at that time. Whether it's offering to pick up the kids from school when parents are in a jam and stuck at work, whether it's mowing our lawn or snowplowing because my husband just cannot do it anymore due to his back, whether it's cleaning our entire street of leaves and debris to ensure our block stays beautiful and well-manicured, whether it's snowplowing the property of the surrounding neighbors who are elderly and have no family near by to help them, or snowplowing the property of the young couples who have newly moved to the area because they do not have one themselves (which Bobby does during every snow storm), whether it's helping our neighbors move furniture, checking in on pets who are home because of working parents, he never fails to offer himself in times of need to his neighbors and friends. And this not something Bobby just does here and there, this is something Bobby does on a consistent daily basis. I don't know anyone that offers so much assistance and help to his friends and his community. It's always everyone first, Bobby second.

When it comes to our community as a whole, Bobby has been an absolute positive influence to our Community of Seaford, always volunteering his time when no one else would. One instance out of the many I can think of, Seaford has a football field at the Seaford High School which has a snack shack.  Recently the snack shack had a leak which created more damage.  Bobby was the first one there trying to help find the leak and seal it.  He spent countless hours doing this.  After doing this, Bobby power washed the whole snack shack and cleaned it up for our community.  The very next day, he returned and painted the snack shack helping to keep up the beauty in our community.  Bobby has volunteered his time to the Seaford Little League, volunteered his time to help in the many school events that have taken place over the years.  I have been the class mom for both my kids through their elementary school years for over 8 years, I have moms and dads who have never volunteered or given one minute of their time toward any school event or community function.  And then you have Bobby Espinel, who never ceases to lend a helping hand when needed, no questions asked.

Often times after coming home from food shopping, or just having so many bags to carry in the house, whether it's myself or other neighbors, and Bobby would be outside mowing the lawn, or pitching the ball to his daughter, or working on his car, I would carry my groceries in and return outside to retrieve the rest, Bobby has already stopped what he was doing and is carrying the rest of the groceries, because that's what Bobby does.  And this is something he does for all of his neighbors.  Always there to help in any way he could.

Bobby's family is extremely loving and close and Bobby would do anything for his girls, Emily And Allison, and his wife, Jennifer.  Bobby has coached both daughters in numerous sports.  Bobby has been there for all of their basketball games, softball games, field hockey games, cheer events, drama productions, countless spring and winter concerts.  Bobby does not miss a single event when it comes to his daughters.  They are amazing girls who are, no doubt, very connected and close to their dad.  Bobby is not just a once-in-a-while dad, he is a dad 100 percent invested in his daughters' lives.  I cannot imagine how they would handle not having their dad around.  I have worked in the Nassau County Family Court for over 12 years and have seen many children who unfortunately have had to grow up without a father because their father just didn't want to be bothered with them, and to see what they have gone through and how hard it is for them is absolutely heartbreaking.  Bobby is not that guy.  Bobby's priority is his family first and foremost and they are his absolute world. To see Bobby with his family and the way he is as a father and friend, he is truly a role model as to what a father should be to his family, his friends and to this community.

These are just a few of the positive actions and experiences that we have personally had with Bobby Espinel.  We could go on and on and on, but this would be a 100-page letter instead of a 2-page one, and we do apologize.  We do understand the situation Bobby is in, and we most certainly understand the seriousness of this.  The man that we know has shown us nothing but kindness, consideration, honesty and has helped us and our community in countless ways. Bobby has been nothing but an asset to this community, and we are hoping that all the positive actions that Bobby has done for this community and his friends and family will be recognized and taken into consideration when rendering your decision.

We thank you from the bottom of our hearts, Honorable Ramos, for taking the time to read this letter, and it is our hope that leniency can be considered when rendering your sentence.

Sincerely,
Nowal Schmidt                                    Vincent Schmidt
1702 Cherrywood Pl                          1702 Cherrywood Pl
Seaford, NY 11783                            Seaford, NY 11783
516-244-9924                                    516-244-9925

From: **John Fallace** johnfallace@gmail.com
Subject: **Robert Espinel**
Date: **Nov 20, 2018 at 12:18:01 AM**
To: **ESP102@aol.com**

John Fallace
8 Hyacinth CT.
Holtsville NY 11742
516 322 9524

November 20, 2018

Re: Robert Espinel

To: The Honorable Judge Ramos,

  My name is John Fallace, I am writing this letter in support of my dear friend Robert ( Bobby ) Espinel. I met Bobby after I graduated from the New York City Police Department and was assigned to the 102 PCT. When you are brand new entering a new command the majority of cops do not say a word to you or acknowledge your existence. This was not the case for Bobby  I was assigned with 30 other rookie cops and Bobby was the first and

pretty much the only fellow cop who immediately introduced himself and showed us around the command such as the gym, bathrooms, offices and summons rooms. Bobby was eager to make us all feel comfortable and told us the same thing happened to him and the other cops who he came to the command with. He even gave us advice; he told us to always take care of each other no matter what.  We all felt extremely comfortable with him and he introduced all of us to the other cops as if he knew us for years.

  As the years went on Bobby and I became very good friends and we even worked in the same unit together and partnered up. We had some extremely dangerous encounters with many dangerous people and he was always right next to me willing to sacrifice his life for me. I always felt extremely safe around Bobby at work and at home. I have met Bobby's wife and 2 daughters and have been to many family functions at his home and I personally observed Bobby to be one of the most

loving and caring people towards his family and including loving and caring towards me and other people. Bobby has even became friends with my sister Ann after all the years and still to this day my sister will say to me "I talked to Bobby today he is such a good guy your lucky to have a friend like him!" and of course I always agree with her.

As a New York City Policeman you come to see a lot of stuff that is hard to erase and difficult to deal with. During most of those troubling times when I needed someone to talk to it was always my dear friend who I counted on and who helped me through it,  I felt like if I had an issue he would never abandon me until it was resolved I always had the utmost respect and trust in him.  I still talk to Bobby all the time  after knowing him for over 22 years and I still discuss with him issues that arise during work or at home and I still get the most sincere and honest advice from him.  He truly is a great caring and loving husband, father, friend, and partner and that's the only way I have ever known

him to be.
  Thank you for taking the time to read my letter about my great friend Bobby who has saved my life on numerous occasions while working together as policemen.

Sincerely, John Fallace

To Judge Ramos
I am writing you today to tell you what type of man Bobby Espinel is.

I meet Bobby at the NYPD License Division about nine years ago where I worked about two years prior. We hit it off right away. After getting to know him it was clear that Bobby was a great husband and wonderful father. Over the next couple of years my fiancée and I grew very close to Bobby and his family. We have taken trips together and celebrated many special occasions as if we were family. They are so many good things I can point out about Bobby's character but the one thing that comes to mind and sticks out with me is the kind of father and husband he is. Ever since I met Bobby he has been one hundred percent committed to raising his two girls to become the best women they can possibly be. I can only hope one day if I am blessed to have children I will be half the father Bobby is. If you can find it in your heart not to separate Bobby from his teenage girls. They need him now more than ever to stay on the right path he has worked so hard to put them on. I beg you to please consider probation. I firmly believe that he is the glue that holds his family together. Thank you for having taken the time to listen to what I've said. Have a great day.

Alberto Espinosa
393 Barrett hill rd
 Mahopac, NY, 10541
 917-280-6272

# JEREMIAH J. CORBETT

145 W. Windsor Pkwy., Oceanside, NY 11572 | 516-972-5175

**February 26, 2019**

Recipient NameRe:  Robert Espinal

**Dear Recipient Name:**

I am a retired  NYPD officer.  I worked 20 years with NYPD: the first 17 years were working at the 25 Precinct in Spanish Harlem.  I transferred to the licensing division where I worked for my last 3 years. After working in one place for so long, it was very difficult to go into new environment, not knowing anyone or what to do with regard to my job duties.  The very first person I met was  Robert Espinal.  With a firm handshake, a smile on his face, and a little joke, he made me feel like I had worked there my whole career.  And, that is who Robert Espinal is.  He is the guy who always made you feel welcome and like you belong.  He is someone who I could always count on for advice and help doing my job.  That is not exclusive to me: Bobby was willing to help anyone who needed assistance at the licensing division, be it a co-worker, former police officer or a civilian.

And while Bobby was a great guy, and an accommodating and dependable co-worker; his true passion was his love for his family.  His wife Jen and his teenage daughters Emily and Allison, were and are still the light of his life.  He often boasted about his daughters' accomplishments.  He helped them with their school work and coached their softball teams.  He worked with not only his own daughters but rather every girl on the team.  He went to every school function and was always ready to tell you all about it.  He would revel in it.  He is a true family man.

Bobby Espinal is a good man. A hardworking man. A man who loved to help others.  He is my friend.  I understand you will be determining what his sentence will be.  Any sentence that separates him from his family for a single day, will be a death sentence for him.  Please be lenient and show mercy  to the good man I call my friend, Bobby Espinal.

**Sincerely,**

**Jerry Corbett**

February 25, 2019

Judge Edgardo Ramos
United States Court Southern District of New York

I submit this letter sincerely and respectfully on behalf of Robert Espinel. I have been a New York City Police Officer for 22 years.

I have known Robert Espinel on a professional and personal basis for 22 years. . I come from a long line of law enforcement officers. I have witnessed Bobby's personal courage, intelligence and sound judgment in both hazardous and routine law enforcement operations as a Police Officer assigned to the 102 Pct. in Queens. Robert was the "go to guy" at work and a mentor for the young Policeman in the Precinct.

On the personal side, three years ago I had to contend with a family tragedy. Unsolicited, Bobby was there for us and reminded us so throughout the ordeal. My children look up to Bobby as a man and a great neighbor who will do anything for the people of Seaford NY.  Bobby is a great father who is very involved in his children's lives and volunteers his time to coach numerous sports.

Bobby is genuinely a good person and a family man.  I urge you to strongly consider this when sentencing him.

Thank you for your consideration,

George Burke

1695 Cherrywood Pl. Seaford NY 11783

(516)650-5146

To whom this may concern,                                              11/07/2018


     This letter is in regards to a dear friend, Robert Espinel.  I am writing to ask for your consideration in the decision of his case.  Robert is the father to two beautiful young ladies and a loving supportive wife.  I'm sure you can understand this process has been very challenging and emotional for his entire family.  Robert and I were Policemen together.  I remember when I first met him he was introduced with such praise and respect.  He is the man that the community all loved and knew they could trust to police and serve them the honest way.  Robert was the type of not just Policeman, but friend and partner that would always go in first and risk his own life at the cost of mine.

     My wish is for you to please take into thought where this man stands in life.  Two growing girls who need their father around to be their coach for their games and their shoulder to lean on when life gets hard just as it has for him.  Thankyou for reading this letter with your heart in finding Bobby's decision.


Sincerely,

Joseph T Martins

US District Court

Southern District of NY

40 Foley Square

New York NY 10007

Att: Judge Edgardo Ramos

Re: Robert Espinel

Dear Judge Ramos:

I'm Robert Espinel's (Bobby) Father, Alvaro Espinel. First, I want to thank you for taking the time to read this letter.

My parents moved to the United States back in 1956 from Colombia, S.A. We now have a very large family and none of us have ever been in trouble with the law.

Your Honor, if I only have one wish it would be for you to have known Bobby before you met him in your courtroom.

Bobby is the person who comes to help any family members, neighbors and friends in whatever they may need to do. Bobby is respected and loved by all who know him.

He is married to Jennifer and have two daughters, Emily who is 16 and Allison who is 14. They live in Long Island, NY. The girls are on top of their school class and play sports both for school and when possible, outside of school. Both Bobby and Jen spend enormous amounts of time with them. There are times when both girls are at different locations and Bobby and Jen take each one where they have to go.

If you see Bobby out in the field, you would notice how he is well known and respected. If you met his past superiors, they would also tell you how good a worker he was and how much they cared for him.

This problem has devastated all of us for the past two years, and we hope and pray that you show some leniency to our son, Bobby.

My wife, Karen, and I know and trust your decision will be fair and I want to thank you in advance.

Sincerely

Alvaro Espinel

Karen Espinel

22119 N Acapulco Drive, Sun City West, AZ 85375

February 7, 2019

Honorable Judge Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos,

My name is Heather VanPatten, a current Graduate student studying Secondary Special Education at Hofstra University. I am writing to you on behalf of Robert Espinel, a former officer of The New York Police Department. I was in disbelief when I heard about the recent case brought up against him due to my experiences as his Niece, all I know him to be is dependable and sincere person. Although the allegations are significant, I plead the court show leniency on a devoted Father, Husband, Son and Uncle.

Robert Espinel has been one of the greatest influences in my life. Growing up without a Father, I looked up to Uncle Bob. Whether it was a Birthday, Holiday, boring volleyball game or a prolonged Track and Field meet, I remember seeing him in the crowd cheering me on along with my Mother and Grandfather every chance he got. Seeing the most important people in my life cheering me on was truly remarkable and motivated me to do my best. My Grandfather came to the United States from Colombia looking for a better life. He taught my Uncle Bob and his siblings independence, perseverance, and most importantly hard-work. These principles were instilled onto all of the grandchildren as well.  When it came time for me to graduate High School and attend College, I wasn't convinced it was for me, but Uncle Bob encouraged me to continue my education and obtain my bachelor's degree. From his reassurance, I was able to acquire a variety of scholarships to Molloy College. I am beyond grateful for the guidance and support he has given me. Without him, I would not be in the position of doing the thing I love for a living, teaching children with Autism.

Robert Espinel has always had an imperative role in his community. Being a member of The NYPD, he woke up every morning and said goodbye to his own family in order to protect the lives of others. Robert presented empathy, compassion and courage from the moment he woke up until the second he went to bed, each and every day. Between long shifts and the stress of the job, he was always able to have a healthy work life balance which helped him always be there for his loved ones.

It is my sincere hope that the court takes this letter into consideration at the time of his sentencing. Despite the current case, I still believe Robert Espinel to be an honorable man, valuable member of his community and an upright human being.

Thank you,

Heather VanPatten

January 27, 2019

Honorable Judge Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos,

My name is Diana VanPatten and I am Robert (Bobby) Espinel's sister. I never thought that I would be writing a letter like this, especially for a man that I grew up with and still look up to. It was no surprise when Bobby became a Police Officer because he has always been a kind and caring person with a heart of gold. He never thought twice about helping anyone and everyone no matter how busy his life was. He's a great role-model to my daughter Heather, our nephews and his two teenage daughters. My brother is an incredible Father who is very involved in their lives. I am asking you to please consider how much his family needs him home and of all the years that he proudly put on that uniform to make a difference. I pray that you show leniency.

Thank you,

Diana VanPatten

Ryan Michael Espinel
101 Avoncroft Court
Apex, North Carolina 27502
RMEspinel@aol.com
(347) 215-0296

March 1, 2019

Honorable Ramos
United States District Court
Southern District of New York

Judge Ramos,

I am writing this in hope of your consideration, for my uncle Robert Espinel. I of course have known him for my entire life, but more importantly, he has been a large part of all 23 years. As a young child, I heavily looked up to him for being a police officer in the greatest city in the world, of which we share equal pride in. Later through my elementary school years, we shared a two-family home with my parents on one side, and himself, his wife (my aunt) and his one daughter Emily, with Allison coming a few years after on the other. Despite the fact that I was just 10 years old, I was able to see what kind of man he was, and above all else, what kind of father. What I did not realize at the time, was that he was setting an example that would become everything I wanted to be, around the age I am now.

Fast forward to present day, and nothing has changed. I now live in North Carolina, and my uncle Bob is still as much a part of my life. We talk often, I keep in steady contact with his two (now much older) daughters–my cousins, and he is always the first person I call when a trip back home to New York is being arranged. This is purely done out of choice and my own decision making, because of who he is and everything he has done for me. I do not always get to see everyone when I visit.

Recently I was a server|bartender at Buffalo Wild Wings. Every single day, I wear a gold miniature replica of my uncle's now-retired NYPD badge. It is on a chain along with a Crucifix, and a drumsticks charm. Nobody ever asks about those two. It is always about the badge. One time in particular, I was serving two gentlemen, who were originally from New York. One of them stopped me during the visit, and said "That badge. NYPD. Is that you, or a family member?" I told him "It belongs to my uncle. He just retired after a little better than 20 years. I wear it every day." I went on to explain how he was at 9/11 helping everybody he could, he worked his way up the ranks of respect throughout his entire career, all the while still dedicating his full time and undivided attention to my aunt and two cousins. This man, who I had never met or seen before, put his arm around me and said "God Bless. Your uncle is a hero. Don't you ever forget that." I have not, and I never will.

We all make poor decisions and feel regret in our life, but what matters most is what and how you learn from them. Some people never do. I can personally assure you that my uncle has already learned so much from this, and is willing to accept your decision willingly and with understanding. Robert Espinel's lifelong sheet has been perfect and clean up to this point, and there is not a single doubt in my mind for even a second, that it will not continue to be after this.

Sincerely,
Ryan Espinel
Nephew of Defendant

Andrew J. Walsh
148 Russek Dr.
Staten Island NY, 10312
917-498-5153


Hon. Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

December 12, 2018


Your Honor,

I am writing this letter concerning Robert Espinel. I have known Robert since 1995 first as a colleague, then a friend, and ultimately a brother-in-law. During this 23+ year period, I have come to know Robert very well and I feel that he is a good man. It was a surprise to learn of Robert's involvement in the case because it goes against what I know of him. Though I understand the gravity of the case, I am hoping the court will show some compassion for the man I have known for so long.

I first met Robert in the mid-90's as rookie police officers in the 102 Precinct. Robert and I became fast friends and he was someone I trusted with my life when we worked together on patrol. Our friendship quickly developed and I asked Robert to take part in my bridal party. This decision ultimately led to Robert meeting and falling in love with my sister Jennifer. Robert went from being a close friend to family. Over the course of his marriage to my sister, I have seen what a wonderful husband and father Robert is. He is a doting, loving, selfless husband and father. He works tirelessly to care for his family, creating their dream home, coaching his daughter's sports teams, and even organizing block parties. Robert focus in life is his family and I am lucky to call him family.

It is my genuine hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I believe that Robert Espinel is an honorable member in of the community, not the mention my family.

Sincerely,
Andrew Walsh

Laura Walsh
4056 Dale View Ave
Seaford, NY 11783
Cell # (516) 524-9936

Dear Judge Ramos:


My name is Laura Walsh and I am writing to urge leniency in the sentencing of my brother-in-law Robert (AKA Bobby) Espinel. I have known Bobby for more than twenty years (since I was 13-years-old) and during that time I've always known him to be a man of integrity. Bobby is what I have always wished for in an older brother: he's kind, generous, considerate and one of the best people I have ever known.

Bobby is the type of person you spend a little time with, and you automatically want to be friends with him because he is genuinely a nice guy; he is well liked in the community.

When not working extra shifts for the NYPD or spending time with his wife and children, Bobby is often helping family, friends and neighbors; whether it's recommending a name for work on someone's house, lending a hand or just giving sound advice. Throughout the years Bobby has especially been a big source of help to me and my family; helping me buy new furniture, doing work on my parents' house throughout the years (facilitating the construction, landscaping, snow shoveling) to helping my disabled parents with rides to doctors or visits to distant family.

Bobby is a good man and a hard worker dedicated to his family. He adores his wife and two daughters and they him; he is their rock. Please, his family would be devastated without him and I ask that his sentence be merciful and not punitive.

Thank you for your time and consideration.


Sincerely,

*Laura Walsh*

Laura Walsh

Lynne and Andrew Walsh
4056 Dale View Ave
Seaford, NY 11783
Home# (516) 798-8154


Dear Judge Ramos,


We are writing on behalf of our son-in-law Robert Espinel.  He is a good man who was always proud to be a member of the NYPD.  He would volunteer to work extra shifts to provide for his family and keep NY safe.

Bob is the type of man who would shovel snow for his neighbors and even come over to our house (2 miles away) to shovel our snow.  He is friendly and kind to everyone he meets.

We have had work done around our house recently.  We are both disabled in various ways and can't get around much.  Bob has shopped for items for the work being done and been our go-between with the workers.  We would have been lost without his help.

Bob is a loving family man, who is devoted to his wife and children.  He is there for them and encourages his girls in their schoolwork and coaches and helps out with their extracurricular activities.  They would be crushed and devasted without him.

We are respectfully asking for leniency for Bob.  Thank you.


Sincerely,

*Lynne Walsh*

Lynne Walsh

*Andrew Walsh*

Andrew Walsh

Honorable Edgardo Ramos
United States District Judge
Southern District of New York

February 1, 2019

Dear Judge Ramos,

My name is Jennifer Espinel.  I am writing to share with you what kind of man my husband, Robert (Bobby) Espinel is and to respectfully request leniency when you sentence him.   We've been married for 19 wonderful years and have been blessed with two amazing daughters that are currently 16 and 14 years old. The last two years have been fraught with emotional turmoil,  but I've tried to focus on the positive, so I still consider them to be wonderful because we were all together.  I'm hoping and praying that will continue to be the case in the future.   As parents, I think Bobby and I are in the midst of the most challenging portion of parenthood, raising teenagers.  It can be scary and challenging at times.  It takes constant vigilance to make sure that they "stay the course" and do the right thing by themselves and others.  I'm so worried about what effect Bobby's absence would have on them.

Bobby is a devoted husband and father.  What attracted to me to Bobby when we met 21 years ago was his friendly, outgoing spirit and his kindness.  They shine through to everyone he meets at all times.  I'm so proud to call him my husband.  I love how he is with our children and the example he has always set for them. Bobby is quick to approach the person who looks uncomfortable in social situations and engage them in conversation, making them feel welcome and included.  He notices when someone is in need of help and offers it without having to be asked.  An example of this is the time he just went and cut a community member's lawn after her husband moved out and he noticed it was getting long. She really appreciated it and told us she had been trying to hire a lawn service, but was having a hard time getting anyone to show up.  Another example of this is that on any given snow day, I won't see him for at least four hours. Once he removes

the snow from the front of our house, he then moves from neighbor to neighbor assisting in their snow removal as well. Bobby has shown our children what hard work looks like, working weekends, holidays, and every bit of overtime possible to provide for his family and he did so without complaint. He has always made us all feel loved and cared for, stressing the importance of family.

Bobby has been a true partner to me and a hands-on father from day one. He helps with the cooking and cleaning. He changed diapers, got up with the girls in the middle of the night, learned how to make a decent ponytail in their hair, and taught them how to ride a bike, throw a softball, and make a layup. He recently taught our older daughter how to drive and has started to take her to look at colleges. He drives our daughters to and from school, takes them to their numerous extracurricular activities, and brings them to their monthly orthodontist appointments and other doctors when necessary. I work full-time as a New York State Court Clerk, so I'm so thankful that he has been able to do all these things. My parents used to help us out when the girls were younger, but they have both recently become disabled. Now, it's time for us to help them out. Bobby has been instrumental in this, driving them to doctors appointments, shoveling their snow, and overseeing a major home renovation that they needed. I can't imagine our lives without him in it. He is our "rock" that we count on for everything.

Bobby is a giving member of our local community. He volunteers his time to direct pedestrian traffic at a neighborhood "haunted house" at Halloween time, so that all the young kids it attracts are mindful of passing cars as they're distracted by the "scary" sights. He volunteered to power wash and repair "the shack" where they sell refreshments at school athletic events to raise scholarship money for graduating high school athletes. He has also assisted in selling refreshments at "the shack." He has coached both of our daughters in Little League and currently is an assistant coach for our younger daughter's travel softball team. It has been a joy watching how the kids on his various teams react to him. They always had so much fun, and even years later still run over to say hi when they see him. Bobby not only drives our kids to and from school and sports, but is constantly filling up our minivan with their classmates as well.

When asked for a favor, many people wonder what they will get in return. My favorite thing about my husband is he never wonders what he gets in return for

favorite thing about my husband is he never wonders what he gets in return for helping others.  He looks for nothing in return, just knowing he helped others, makes it all worth while to him.   I'm respectfully asking when imposing sentence, that you not only consider any mistakes he has made, but the abundance of things he has done right throughout his lifetime.

Thank you for your time and consideration.

Sincerely,

*Jennifer Espinel*

Jennifer Espinel
516-804-3555

January 18, 2019

Dear Judge Ramos,

My name is Kelly Leggio, I am writing on behalf of Bobby Espinel in hopes that you will grant him Probation at his upcoming March 8th sentencing hearing.

Let me start by giving you a history, I am 48 year old mother of two girls ages 14 and 10 years old, I am married to Steve Leggio Lieutenant in the New York City girls Fire Department. I grew up in Seaford, New York and now my family and I reside in Seaford. Seaford is a very small, close knit community so I knew of the Espinel family but I did not know them well until recently when my daughter Alexandra and Allie, (Bobby's daughter) made the Seaford Junior Varsity Basketball team together.

From the moment the team was formed Bobby was immediately front and center offering rides, coordinating texts chains and just taking the lead role to helping anyone that needed help. Bobby, at half time is on the court with the younger siblings playing with them and making sure nobody gets left out, and while this may seem like nothing it's something to my 10 year old daughter who is the only girl amongst boys. And because of Bobby she always feels included and Bobby makes it a point to make them all feel important by always giving them compliments, for me as a parent it makes me so happy to see her and the other children feeling this way, they walk off the court after the half time buzzer filled with smiles and it's because of Bobby's interaction with them.

Bobby is always at Allie's games cheering her and the other girls on, never does he say anything negative to any of the girls, it's always positive and the girls clearly appreciate the positivity, especially when their own parents can be negative, they are able to run off a mistake easier with Bobby in the stands making sure they know "it was a good try" not a mistake they can't recover from.

It is very clear that Allie is extremely close with her dad and I fear that if he is sentenced to time away this will be devastating his wife and children especially Allie, she needs him home so he can continue to be her biggest supporter, she needs both of her parents' home.

I understand that Bobby had made bad choices but I also understand that Bobby is sorry for those choices and the impact they have had on his family. I have seen the positive impact Bobby has on his family and on the community and I am hoping you will be able to see that he is worthy of leniency.

Please know that I would not take the time to write this letter and have you read it, if I did not believe that Bobby was a really good man. He is not only a good man, but he is a great father and friend, my family and I are proud to call Bobby a friend.

Thank you for taking the time to read this letter we sincerely hope for the Espinel family that you find he is worthy of a finding of leniency and I know that if Bobby is able to stay home with his family that he will continue to be a value to the Seaford Community.

Sincerely Yours

*Kelly Leggio*

Kelly Leggio
2010 Seaford Avenue
Seaford NY 11783
516-314-8523

*Dawn Cox - 306 Saville Road, Mineola, NY 11501*

February 12, 2019

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Judge Edgardo Ramos

RE:  Robert Espinel

Dear Judge Ramos:

My name is Dawn Cox, and I am writing this letter on behalf of my friend, Bob Espinel.  Bob has been a great, dear friend of mine and has been since 1990.  We have shared so many fun times and huge milestones together in our almost 30-year friendship. I met my husband Kevin, of 20 years, through Bob and our families have been a big and constant part of each other's lives. Over the years we have celebrated each other's weddings, the births of our children and he was there for me when my parents passed away.  He has always been very involved with his Seaford community and he serves as a positive role model.  He is defiantly his daughter's biggest fan!

Bob is someone that I know I can always count and depend on.  He is a true-blue friend and I know 100% that if I ever need help in any situation, he will be there for me and my family in a heartbeat.  He is always a fun and positive person to be around and makes sure everyone is included and happy.

As I am writing this letter, I find myself to be very sad and so very anxious for Bob, his wife Jennifer and their two daughters Emily and Allie.  His fate and their family's future rests in your hands. I pray that you can grant him some sort of leniency.

I understand the severity of this actions and the poor choices he has made, but I do feel in my heart that he is remorseful and very upset with himself.  So many more milestones are in their very near future.  His oldest daughter Emily will be a Senior in High School this coming September.  Senior year is such an exciting time for all that it has to offer.  Applying to and visiting colleges, prom dress shopping, graduation, just to name a huge few.  I can not even imagine the fear that his family is faced with right now, it literally makes my head spin.  Bob has remained positive and strong for the wellbeing of the three ladies in his life.  They are all in my prayers.  May God bless him and his family.

Thank you for your time and consideration.

Sincerely,

Dawn Cox - (516) 996-4773

February 12, 2019

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Robert Espinel

To The Honorable Judge Edgardo Ramos:

I have known Bob Espinel for as long as I can remember. We were neighbors in Queens Village, a typical middle-class neighborhood. Bob and I are part of a group of friends who grew up playing baseball, hockey and football against each other and then against other groups from the neighborhood.

Of all my friends in this group, Bobby possesses the most common sense and easy-going attitude. When as little kids playing on our block and our baseball would end up in the "angry neighbors" yard, she would yell at us for trespassing. Bobby was always the calm one, telling her we were sorry and that we'd try to keep the ball away. He's adept at seeing the other side of the story and finding a solution when conflict arises. That probably explains why he's been such an asset to his community, volunteering his time and energy with youth sports and being a great father and husband.

I remember a time about 25 years ago when Bob let me take a ride on his motorcycle. I had lied and told him I had ridden before and wanted to take a trip around the block. When I ultimately lost control around a corner and took a fall, Bobby didn't get angry at me. I wasn't hurt at all, but the bike had some damage. Bob's attitude was the bike can be fixed, and he was happy that I wasn't hurt. I paid for the bike repairs and it was never brought up again except for when we needed a laugh at my expense.

Just last week I asked Bobby for some advice about my car. My lease is coming to an end and as a former car salesman I wanted his advice. We spoke for a while about my options and within a half hour of ending our call, he had investigated and found a great interest rate for a car loan so I wouldn't get taken advantage of by the dealer.

Perhaps my greatest connection with Bobby exists my wife. Bobby had met her years earlier and they became friends. My wife and I met at a party that Bobby hosted, and the rest is history. My wife and I have been together ever since and will be celebrating our 20th wedding anniversary this July.

In conclusion I hope these stories have given you some insight into Bobby Espinel the dear friend, caring neighbor and skilled matchmaker.

I do appreciate you reading this letter and ask that you consider these and the other stories you will hear from Bobby's friends, family and neighbors and consider leniency when deciding on an appropriate sentence.

Sincerely,

Kevin Cox
306 Saville Road
Mineola, NY 11501
516 455 6109

February 4, 2019

Dear Judge Ramos,

I would first like to take this opportunity to thank you for taking the time from your busy schedule to read this letter. I have thought long about what I wanted to say to you and I will basically just tell you the facts. My name is Karin Kurtz. I am 46 years old and I live in Massapequa Park with my husband and my two daughters, ages 14 and 11.

I have known Robert Espinel, or as I call him Bobby, for the past 40 years. He lived with his family around the corner from my house growing up in Queens Village. My older brother has been best friends with him since childhood. Bobby and I have also been great friends since then. We had the childhood where we rarely left our block growing up because there was a big group of friends and we spent most of our days together. I have endless stories and countless memories of growing up with Bobby, all moments that bring a smile and laughter to my face. I don't think there was a time in our lives where any of us can say that Bobby has not been there for us when needed. As many friendships fade as you grow older, ours has not. I know we will be friends forever. That's just the type of person he is.

He is a devoted husband and honestly one of the best dads around that I know. His wife, Jennifer and his two girls are lucky to have him. Even with his own busy schedule of work and family, he has taken his time to attend the games and activities of his friend's children as well. That is a rare quality that many do not have. There was one baseball game in particular that my nephew was playing in. The score was tied and it was going into the 12th or 13th inning and my daughter was supposed to dropped somewhere one hour prior. I did not want to miss anything so Bobby offered to take my daughter and drop her where she needed to be so that I didn't have to miss the end of the game. My daughter was as well, very grateful.

I hope that this letter will give you some insight into the type of person Bobby is. I pray that you will take this all into much consideration when deciding on your sentence for my good friend, Bobby Espinel.

Sincerely,

Karin Kurtz
474 Atlantic Avenue
Massapequa Park, NY. 117762
(516) 805-5515

Steven V. Troche

39 Hill Street

Floral Park, NY 11001

516-993-0312

svt925@yahoo.com

January 12, 2019

The Honorable Ramos

The United States District Court

Southern District of New York

Re: Robert W. Espinel

Dear Honorable Sir:

I am a retired New York City firefighter.  Mr. Robert Espinel informed me that he is facing charges related to conspiracy to commit bribery, in light of these circumstances, I am happy to offer an endorsement of Mr. Espinel's good character.

I have known Mr. Espinel for more than 40 years.  He is an extremely good friend of mine from childhood and our families are very close.

Robert was always a stand-up person throughout my entire life.  He is like a brother to me, and as a child, he was there for my family whenever we needed something.  Even in dealing with the loss of his mother at a very young age, he managed to still be there for others.  My mother was a single mother, and he would often come by my house to ask her if she needed anything and would offer to help her if there was something that needed to be done.  Throughout the years Robert was always the type of person who would be there for me in a heartbeat - for any reason.  When I was sick with 9/11 related cancer, he was always the first to reach out to me and offer to take me to and from the hospital for treatments, or even watch my newborn child.  He offered to help in any way that he could.  I have been cancer free for 6 years now, and even to this day, he always calls and checks in to see how I am doing.

My wife is a New York City teacher and for her social studies class she had been looking for community helpers, such as police officers and fire fighters, to come in to speak to her second graders about their careers.  Robert was the first to volunteer to go to her class to speak to the students about being a police officer and what the career entails.

Robert is needed at home by his wife, Jennifer, and two daughters, Allison and Emily.  Allison and Emily are two wonderful girls who are kind and caring and have learned this from both of their parents.  They are both in high school and play sports.  Robert is always by their side, cheering them on and supporting them constantly.  They would be devastated if they didn't have this daily encouragement from their father.  Adolescence is a difficult time as it is, and the loss of daily interaction and support by their father would greatly impact their schooling and as well as their mental health.

*Please consider the above information and the impact any jail time would have on Robert's family and friends.  My family and I praying for Robert and his family.*

Sincerely,

Steven V. Troche

Drew Tice
1707 Cherrywood Place
Seaford, NY 11783
(516) 509-6025


November 8, 2018


Dear Judge Ramos,

It is my honor to write this letter on behalf of my good friend and neighbor Robert 'Bobby' Espinel. I've known Bobby and his family since my wife and I purchased our home down the block from him in February 2017.

Having grown up and lived in a different town for most of our lives, the prospect of living in a new place, developing relationships and friendships, at times seemed daunting. What stood out to me in particular was how outgoing and welcoming Bobby was from the start, before we even closed on the house. I remember the first day we met Bobby, when we came to see the house with our realtor, he pulled up alongside the driveway to introduce himself. He had his two daughters in his minivan on the way to one of many sporting events he is always attending. He was his boisterous, authentic self right from the start and it felt like we had known him for years. He reassured us of how safe the block is, what a great place it is to raise children and how all of the neighbors care for one another like family. In that moment my wife and I thought that if Bobby was any indication of the type of people living here, we had hit the jackpot!

As a professional pilot, I spend many nights away from home, which can certainly be difficult for my wife and I. Bobby and his wife Jen are always looking out for Nicole, inviting her to join them when going out to dinner, to watch the varsity football games, to go for a bike ride or walk with the dogs, or to join them in whatever else might be going on that day. While I'm gone, Bobby is the first on the block after a snowstorm to ensure that our driveway and sidewalk are plowed so that Nicole can get out and get to work. Upon hearing of Nicole's debilitating fear of spiders and crickets, he insisted that she contact him any time day or night and he'd happily come over and exterminate. Bobby is the type of friend who always goes above and beyond, and who you feel comfortable asking to do you a favor big or small.

Lastly, the highest testament to Bobby's character is the warmth, kindness and loving nature of his family. His wife Jen is a sweetheart and together they have raised Emily and Allie to become highly respectful, well spoken, delightful young women, which is quite rare to find amongst teenagers these days. They are a close-knit, loving family and inspire my wife and I about the type of family we'd like to have one day. Please feel free to reach out to me for any further questions at my cell phone number listed above.


Respectfully,

Drew Tice

Dear Judge Ramos:

I have known Bobby Espinel for 15 years, living on the same block with him in Seaford since 2004. Bobby has been one of the main reasons we stayed in our neighborhood, as he treats us and our other neighbors not just as friends but also as a second family. Bobby has gone out of his way to help my family personally, whether it is letting our puppy out when my wife and me are at work, to helping me change a tire in the pouring rain. Bobby is a man of integrity, and I have the utmost respect for him. When Superstorm Sandy hit our area in 2012, Bobby was one of the only houses on the block that had a generator. He ran extension cords to three neighboring houses, only using one light in his house at times in order to power our neighbor's refrigerator, who had just had a baby. His only thoughts were for making sure our neighbor would be able to keep the bottles from going bad. Judge Ramos, I ask that you please grant lenience on my neighbor and friend. Thank you for your time and consideration in this matter.

Sincerely,
Timothy Fox

Judge Ramos

January 31, 2019

Character reference letter for court

Honorable Judge Ramos,

I am writing this letter to provide a character reference about Robert "Bobby" Espinel who I have known as a friend for over 10 years.

I am fully aware of the charges brought against Bobby. Bobby is person who would help anyone as he is the guy who coaches his daughter's softball teams, who is always willing to snowplow the neighbor's walkways, he is quick to lend a hand when someone needs a bush pulled out bushes or even putting chemicals in a pool when someone is out of town. I have been to his house for dinner several times and I have always had the upmost respect for him. He even helps coordinate the annual block party. He hosted an annual Easter egg hunt in his back yard for several years as the kids on the block were young.  He is a friendly and nice family oriented person who I am proud to call my friend.

I can confirm in the time that I have known Bobby that he is reliable, trustworthy and a decent individual.

Craig Malek

1662 Cherrywood Place

Seaford, NY 11783

516-727-1280

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
January 22, 2019

Re: Robert Espinel

To The Honorable Judge Edgardo Ramos:

As a business owner and an educator in the community, we are writing on behalf of Robert
Espinel. We have known Mr. Espinel as a good friend and parent volunteer for the last eleven
years. We were troubled and surprised to hear about his recent case as he has always been a
responsible citizen as well as a dedicated husband and father. It is for this reason that we have
chosen to write this letter of reference. We understand the seriousness of this matter however,
hope the court will show him some leniency.

Mr. Espinel has always been an upstanding citizen. He has volunteered his time for many groups
in the Seaford Community. He has offered his time to coach in the Seaford Little League and
PAL organization. Mr. Espinel also gave his time to the Seaford School District when volunteers
were needed for various events like an overnight event at the elementary school. Outside of
school functions, Mr. Espinel volunteered his time to help construct and set up games for the
physically challenged at our wheelchair transportation company for several years. As parents, we
allow our own children to play and sleep over at his home and entrust him and his family to take
them to events when we were not available.

In addition to our friendship, Mr. Espinel has been an upstanding member of the community. It is
unfortunate that he has made some bad decisions resulting in this case. While we were surprised
to hear of this misconduct, it comes as no surprise that he is ready to accept responsibility for his
actions. We believe that as he moves forward, for his family's sake, he will emerge a better
person. He has expressed remorse in making such a serious mistake and we believe in his ability
pay his debt to society.

It is our hope that the court takes this letter into consideration at the time of sentencing. Despite
the current case, we still consider Robert Espinel to be a valuable member of the community and
a good person.

Sincerely,

Daniel Walsh
3879 Waverly Avenue
Seaford, NY 11783
516-221-3107

Sincerely.

Angela G. Walsh

Angela Walsh
3879 Waverly Avenue
Seaford, NY 11783
516-221-3107

November 21, 2018

Honorable Edgardo Ramos

United States District Judge

Southern District of New York

Dear Judge Ramos,

We are writing to you on behalf of Robert Espinel, a great friend, wonderful neighbor and amazing family man. Bobby as we call him, moved onto our block 13 years ago. He truly is the glue that has bonded us into a family. We are an extremely close block and always refer to ourselves as 'The Cherrywood Family'. As new families have moved in, Bobby is the first to welcome them into our family. Bobby is the first one outside on a snow day, we wake to the sound of his snow blower. If you look outside you literally see him snow blowing the entire block, up one side of the street and down the other. Bobby is always the first one to show when anyone on the block needs help. He has helped us a great number of times, whether it was moving a piece of furniture, helping with the car or taking his shoes and socks off to drain our extremely flooded basement. Always the first one on the scene and the one who rallies everyone together when one of us are in need. If you think of Bobby, you think of someone who can never do enough for others. It's his nature, looking out for others clearly is something that makes him happy. Not only is Bobby always dependable to his neighbors, but it is clear how much his family depends on him. He is clearly the 'go to' in his house. Teaching Allie to bat and teaching Emily to drive, are only a couple of tasks he finds pleasure in doing between carpooling, volunteering, keeping the house in order and making sure the girls see Dad at every event. Bobby is always sitting front and center with the proudest smile on his face! Bobby extends himself well beyond his family and our block, he is a staple of our entire community.

Not only have we been blessed with Bobby as a neighbor, but as an extension to our family. Our fourteen-year-old daughter, Ava has grown up with Alison Espinal since the age of one. The girls are best friends and Bobby has been an amazing role model to both of my children. He has been the 'go to' carpool dad, my daughter's motivating softball coach and always the one who celebrates our children's accomplishments. Throughout the years he has been the biggest fan to both of our children. Although my son is a few years younger than the girls, he adores Bobby and loves spending time with him.  On many occasions, Bobby is outside giving baseball pointers to Justin or just having a football catch with him. Bobby is a truly genuine individual and my children sense that. The Espinel house is always a house that we feel secure with our children being there. We trust this man completely with our most precious possessions and know he is always out for the best interest of others before himself. Bobby has proven this to be true on countless occasions!

Anyone who comes in contact with Bobby will experience all that we've shared in just one encounter. Thank you for taking the time to understand who Robert Espinel is and what he means to so many people.

Sincerely,

Michele DiScala

Frank and Michele DiScala

1686 Cherrywood Place

Seaford, New York 11783

(516) 445-4131

January 29, 2019

Dear Judge Ramos,

Kindly accept this letter as a character reference for my friend and neighbor Robert Espinel.
Robert is a kind and caring neighbor that I have had the pleasure of knowing for the past four
years.

Robert and his family have welcomed my family whole heartedly to Cherrywood Place and gave
us a sense of belonging from the day we moved in. Robert is consistently looking to help build
our neighborhood community camaraderie and keep our block safe. He is very involved in the
community and helps local youth programs that many of our neighborhood children participate
in.

Robert was one of the first neighbors to greet and welcome my family to the neighborhood.
"Bobby" as everyone on the block calls him, is always looking to lend a hand. He has helped me
on many occasions by lending tools, helping with snow removal or giving advice on navigating
the neighborhood. Bobby is a dependable and caring person. My family and I are lucky to call
Bobby a neighbor and more importantly, a friend.

Thank you for your time and consideration.

Sincerely,

Anthony Hovanec

1674 Cherrywood Pl

Seaford NY, 11783

631-678-6746

January 21, 2019

Dear Judge Ramos,

I am writing to better inform you of Robert Espinel's character outside of the events relative to his court appearances. "Bobby" as we call him in Seaford, N.Y. has been nothing but the consummate neighbor. From the moment I moved to Seaford he began to help me get my life started which was particularly daunting with a newborn a child.

He allowed me to use his tools and would often lend a hand around my home. He always let me know to contact him if I needed anything at all. Most recently he assisted me in removing a tree from property that took several hours to accomplish. He also watched my son sitting in the driveway overlooking a new basketball hoop that was still in the packaging. Bobby decided to put it together without hesitation for my son, a task that took nearly 6 hours to complete. The joy it brought to my son's face along with the other children on the block was indescribable.

What is also important to note is his relationship with his family. He is always there for everyone in Seaford, but he is truly a family man first. Driving his two daughters to sporting events along with other children from our town. He is his wife's best friend and she is his. He also deeply cares for his father, brother, and in-laws who will often come over for Sunday dinner. Bobby has gone above and beyond the average neighbor by coordinating a Cherrywood Place Easter Egg Hunt to overseeing a block party for friends, family, and neighbors. I will periodically see Bobby and his family at Saint William the Abbot on Jackson avenue in Seaford.

My hope is that this letter will provide you with some insight into the type of person Bobby truly is. Please contact me with any questions or concerns regarding Bobby character. Sincerely,

Thomas Schwartz  646-464-2264, 1699 Cherrywood Place, Seaford, New York 11783

January 8, 2019

To Judge Ramos,

I am writing to you with regard to a friend of ours, Robert (Bobby) Espinel.  We have known Bobby for about 12  years.  We met within the Seaford community, our home town.  We first met in a dance studio where our daughters took dance.  Weekly, we sat in the waiting area, chatting, while our daughters participated in their 4 year old dance class.  He was extremely friendly, easily engaging in conversation with the group.  At a later date, our daughters participated in the Seaford Broncos cheer team together, where our paths crossed again.  After spending many hours at practices, games and cheer competitions we began to know each other even more and became friends.  We saw each other frequently as our daughters went to school together, were friends and seemed to participate in the same Seaford activities.  Even as our daughters interests went in different directions we have remained friends with both Bobby and his wife, Jen.  We always enjoy their company.  We try to get together as often as we can, gathering at a friend's house, the beach or out to a restaurant.  Bobby is kind, thoughtful, funny, a great story teller, and always there to help.  He has been supportive to us when we had a death in the family, always willing to give our kids rides if needed and most recently helped us out with his car when we had our car breakdown.  He is certainly a friend we can count on.

Bobby is a family man and very involved in his daughters activities.  Another side we know of Bobby is as a volunteer softball coach.   Our daughter had the opportunity to be on his team for a season.  He was encouraging and instructive to each and every player.

Bobby is a terrific, valued friend, who we are grateful to know.

Sincerely,

Christine and Kevin McLaughlin
2150 Parkside Drive
Seaford, NY 11783

Louis Gomez, Jr.
92-36 217th Street
Queens Village, NY 11428
gomezgogo@hotmail.com
917-806-3797

February 20, 2019

The Honorable Judge Ramos
The United States District Court
Southern District of New York

Dear Judge Ramos:

I am writing to tell you about my great friend, Robert Espinal.

I have known Robert for over 30 years. I can assure you that he is sick at what he has put his family and friends through. He is remorseful. I haven't been able to see him these past few years due to the fact, he is down in the dumps and has not been himself.  We do talk and text as often as we can. I can honestly say, he is definitely not the kind of man that breaks the law.  He truly is an honesty, caring, and fun to be around person.

In fact, Robert is one of the most respectable individuals I know. He has grown to very admirable amongst us, his friends. He is a proud and an adoring husband of 20 years, brother, and friend. Most importantly, a loving father of 2 daughters, whom he cherishes more than anything in this world. His time is spent endlessly making his girls and wife his first priority.

I have respected Robert because of his determination to make sure all of our friends remained in contact with one another. Friendship, as well as family ties, are very important to him. His love for his family and friends IS something to be admired. He is always there when called upon.

With all sincerity. I don't consider Robert just a friend. He is a "brother". No words can describe the loyalty he provides to me and my family. With this letter, I do hope I have provided you with some insight into the thru Robert Espinal. I hope you will also consider Robert's efforts in his commitment to his family, as you will be sentencing him for his crime.

Sincerely,

Louis Gomez, Jr.

Dear Judge Ramos,                                                                2/1/2019

I am writing this letter on behalf of Robert Espinel.  I am his neighbor, his friend and we also coached our daughters together.  We coached softball for couple years, he always made it fun for the girls, he always gave them 100%!  He is so great with the kids!

Bob is our neighborhood watch!   He always would give me a call to make sure we were ok if he felt like something was suspicious, as an example I would get a phone call from Bobby "Chrissy I see your upstairs window is open (winter months) is everything ok?", "Hello just calling to let you know you  left your window open in your car"  or   "Chrissy I see your tail light is out on your car, you need to get that fixed."   Always looks out for us!!

Also I am the Vice President of the Seaford Booster Club.  He is a big help to the Club. He came for a whole day to power wash our shack that we have and renovated the whole shack for us.  Whenever we needed volunteers for anything he was always there for us!  This Seaford Community is very grateful for people like him!!

Thank you for your time,

Christine Del Prete
Vice President Seaford Booster Club
3991 Clark Street
Seaford NY 11783
(516) 532-3467

March 4, 2019

Dear Judge Ramos,

My name is Regina Karaman and I am offering my character reference for Bobby Espinel to whom I have personally known for over 5 years as my friend.

Bobby Espinel has always been a positive member of the Seaford Community. I met Bobby while our daughters were playing youth sports together. He was and is always willing to help in any way her can. He would offer assistance to the team coaches and many years even managed teams himself. He was always encouraging to the girls on the team and friendly with all the parents. Throughout the years I have always found Bobby to be a pleasure to deal with. He recently volunteered his time to help refurbish the snack stand at the high school. In addition, Bobby Espinel has always been a family-oriented person and a regular presence at his children's activities.

Please do not hesitate to contact me if you should require any further information.


Sincerely,

Regina Karaman

Regina Karaman
Home Phone: (516) 781-1764
Cell Phone: (516) 395-1998