

**THE PASCARELLA LAW FIRM, PLLC**

☐ Nassau Office:
1551 FRANKLIN AVENUE
MINEOLA, NY 11501
Telephone: (516) 741-FIRM (3476)
(516) 742-1134
Facsimile: (516) 742-1137

E-MAIL: PASCARELLAW@OPTONLINE.NET

☐ Suffolk Office:
775 PARK AVENUE
SUITE 255
HUNTINGTON, NY 11743
Telephone: (631) 789-FIRM (3476)
Facsimile: (631) 667-8727

James A. Pascarella
James Adam Pascarella

July 15, 2022

**Of Counsel**
Norman Sarnoff
Thomas A. Illmensee

**Via ECF**

Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

                Re:  *United States v. Dean, Espinel, et ano.*
                     Indictment No. 17 Cr 398 (ER)

Dear Judge Ramos:

     I represented Robert William Espinel before Your Honor in the above-captioned case. Mr. Espinel has served his sentence, including completing a term of supervised release. The two years of supervised release, according to the U.S. Probation Department, was completed on May 17, 2022.

     Mr. Espinel had surrendered his passport to Pretrial Services and now seeks its return. He has informed me that, upon contacting Pretrial Services, he was told that, before his passport can be released to him, he must obtain approval from the Court. Mr. Espinel has asked me to forward his letter to Your Honor in that regard, and, so, I send the within letter.

     I am annexing, as exhibits hereto, copies of Mr. Espinel's letter to the Court, dated July 12, 2022, and a letter from U.S. Probation Officer Vincent Danielo, dated May 18, 2022.

     Thank you for your attention to this matter.

                              Respectfully yours,

                                    /s/

                            JAMES ADAM PASCARELLA

cc.:  All counsel via ECF