Dear Judge Ramos,                                    July 12, 2022,

My name is Robert Espinel and I unfortunately found myself in front of you for sentencing back in April of 2019. I have since served out my sentence of one year and a day and have completed the two years of supervised release. I am writing to you for permission to go and pick up my passport from Pre-Trial office. Pre-Trial office is currently holding onto it. Pre-Trial told me to ask you for a letter saying it is ok to release my passport back to me since I have completed my two years of Supervised release. You won't see me in front of your court again in the future. Thank you for taking the time to read my letter!

Enclosed is a letter from U.S. Probation Officer Danielo confirming that I have completed my. term of supervised release on May 17, 2002.

Sincerely,


Robert W. Espinel
1698 Cherrywood Place
Seaford N.Y. 11783

Docket # 0208 1:17CR00398