

May 18, 2022

Robert William Espinel
1698 Cherrywood Place
Seaford, New York 11783

## COMPLETION OF SUPERVISION TERM

DOCKET#    **0208 1:17CR00398**

NAME:    **ROBERT WILLIAM ESPINEL**

PACTS ID:    **3538733**

DATE OF BIRTH:    **FEBRUARY 12, 1970**

Dear Robert William Espinel,

    The purpose of this letter is to confirm that you have commenced a term of supervised release on May 18, 2020, which was completed effective May 17, 2022. You are hereby discharged from the supervision of this office.

    If you have any questions or require further information, please contact the undersigned officer at 631-712-6321.

Very truly yours,

Vincent Danielo
*Digitally signed by Vincent Danielo*
*Date: 2022.05.18 14:16:58 -04'00'*

Vincent Danielo
U.S. Probation Officer

---

ROBERT L. CAPERS
Chief U.S. Probation Officer

VITA QUARTARA
Deputy Chief U.S. Probation Officer

MARK GJELAJ
RICHARD AZARIAN
Assistant Deputy Chief U.S. Probation Officers

REPLY TO

☐ BROOKLYN    147 Pierrepont Street, Brooklyn, NY 11201-2712
                      Tel No (347) 534-3400
                      Fax No (347) 534-3509

☐ LONG ISLAND    Alfonse M. D'Amato United States Courthouse
                          202 Federal Plaza, 2nd Floor, Central Islip, NY 11722-4425
                          Tel No (631) 712-6300
                          Fax No (631) 712-6305